IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HOGON MULGRAVE,<br><br>    Plaintiff,<br><br>    v.<br><br>EUGENE WATER & ELECTRIC BOARD, *et al.*,<br><br>    Defendants. | Civ. No. 6:21-cv-01133-AA<br><br>JUDGMENT |

    Pursuant to the parties' Stipulated Notice of Voluntary Dismissal, this action is DISMISSED with prejudice.  Each party shall bear its own fees and costs.

    DATED: 7/14/2022

                                        Melissa Aubin, Clerk

                              By    /s/ C. Kramer
                                            Deputy Clerk